IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DANIEL M. LUCEY,**
**COLLEEN S. LUCEY,**
**ABEL L. LUCEY,** and
**ASHLEY LUCEY,**

      Plaintiffs,

v.

**CONSOL PENNSYLVANIA COAL COMPANY, LLC,** a Delaware limited liability company and **CONSOL THERMAL HOLDINGS, LLC,** a Delaware limited liability company,

      Defendants.

**CIVIL ACTION NO. 5:21-CV-122**
Judge Bailey

## ORDER DISMISSING CASE

Inasmuch as the parties have advised this Court that the above-styled case reached a settlement in principle, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days. The parties also advised this Court that once the settlement is finalized, the parties will submit a Joint Motion to Dismiss.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

1

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 20, 2022.

JOHN PRESTON BAILEY<br>
UNITED STATES DISTRICT JUDGE