IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DANIEL M. LUCEY, COLLEEN S. LUCEY, ABEL L. LUCEY, and ASHLEY LUCEY,<br><br>Plaintiffs,<br><br>v.<br><br>CONSOL PENNSYLVANIA COAL COMPANY, LLC, a Delaware limited liability company; and CONSOL THERMAL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 5:21-CV-122<br><br>Hon. John Preston Bailey |

## JOINT STIPULATION OF DISMISSAL AND ▓▓▓▓ ORDER OF DISMISSAL

Plaintiffs Daniel M. Lucey, Colleen S. Lucey, Abel L. Lucey, and Ashley Lucey, and Defendants Consol Pennsylvania Coal Company, LLC and Consol Thermal Holdings, LLC (collectively, the "Parties"), having settled this action, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the entire action shall be dismissed with prejudice, with each party bearing their own costs and attorneys' fees.

Pursuant to this Stipulation, it is hereby **ORDERED, ADJUDGED, and DECREED**, that this action is dismissed with prejudice, with each party bearing its own attorney's fees and costs.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to close the file.

Dated: March 7, 2023.

_____
HON. JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

**Stipulated:**                Date: March 6, 2023

*/s/ Joy D. Llaguno*                            */s/ H. Brann Altmeyer*
David C. Hook (WV I.D. No 10490)                H. Brann Altmeyer (WV I.D. No. 118)
Joy D. Llaguno (WV I.D. No. 14170)              Jacob C. Altmeyer, (WV I.D. No. 11919)
**HOOK & HOOK PLLC**                            Phillips, Gardill, Kaiser & Altmeyer, PLLC
430 East Oakview Drive, Suite 101               61 Fourteenth Street
Waynesburg, PA 15370                            Wheeling, WV 26003
Phone: 724-802-7144                             T: (304) 232-6810
Fax:    724-802-7959                            F: (304) 232-4918
Email: dhook@hooklaw.com                        Email  brannaltmeyer@pgka.com
phook@hooklaw.com                                      jacobaltmeyer@pgka.com
jllaguno@hooklaw.com                            *Counsel for Defendants*
*Counsel for Plaintiffs*